| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Timothy Gerald Campbell** | Social Security number or ITIN  xxx–xx–3362 |
|  | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Donna Lynn Campbell** | Social Security number or ITIN  xxx–xx–5816 |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Georgia** | | |
| Court website: www.ganb.uscourts.gov | | Date case filed for chapter  7  9/28/21 |
| Case number:  **21–41176–pwb** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov . Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|   | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Timothy Gerald Campbell | Donna Lynn Campbell |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 108 Stone Haven Dr<br>Calhoun, GA 30701–2054 | 108 Stone Haven Dr<br>Calhoun, GA 30701–2054 |
| **4. Debtor's attorney**<br>Name and address | Dan Saeger<br>Saeger & Associates, LLC<br>Suite D<br>706 S Thornton Ave<br>Dalton, GA 30720<br><br>Contact phone (706) 529–5566<br>Email:  dan@whitfieldcountylaw.com | Dan Saeger<br><br>(See Attorney address to left) |
| **5. Bankruptcy trustee**<br>Name and address | Thomas D. Richardson<br>Brinson, Askew, Berry, et al.<br>P. O. Box 5007<br>Rome, GA 30162–5007 | Contact phone 706–291–8853 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**               page 1

Debtor **Timothy Gerald Campbell** and **Donna Lynn Campbell**    Case number **21–41176–pwb**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | M. Regina Thomas <br> Clerk of Court <br><br> Room 339, Federal Building <br> 600 East First Street <br> Rome, GA 30161–3187 | Office Hours: 8:00 a.m. – 4:00 p.m. <br><br> Court website: www.ganb.uscourts.gov <br><br> Contact phone 706–378–4000 |
| 7. | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **November 18, 2021 at 09:40 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | Location: <br><br> **Meeting will be telephonic. To attend, Dial: 877–928–9915 and enter: 6981387, when prompted for participation code.** |
| 8. | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/18/22** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                Case No. 21-41176-pwb
Timothy Gerald Campbell                                  Chapter 7
Donna Lynn Campbell
     Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-6                                User: bncadmin                                    Page 1 of 2
Date Rcvd: Sep 28, 2021                         Form ID: 309a                                Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol             Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                          regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | | Timothy Gerald Campbell, Donna Lynn Campbell, 108 Stone Haven Dr, Calhoun, GA 30701-2054 |
| tr | | Thomas D. Richardson, Brinson, Askew, Berry, et al., P. O. Box 5007, Rome, GA 30162-5007 |
| 23617559 | + | Advent Health Gordon, 1035 Red Bud Rd NE, Calhoun, GA 30701-6011 |
| 23617566 | | Credit Resource Management, PO Box 23000, Southgate, MI 48195 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dan@whitfieldcountylaw.com | Sep 28 2021 20:21:00 | Dan Saeger, Saeger & Associates, LLC, Suite D, 706 S Thornton Ave, Dalton, GA 30720 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 28 2021 20:22:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 23617560 | + | EDI: AMEREXPR.COM | Sep 29 2021 00:23:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 23617561 | + | EDI: TSYS2.COM | Sep 29 2021 00:23:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 23617563 | | EDI: CCS.COM | Sep 29 2021 00:23:00 | CCS Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 23617562 | | EDI: CAPITALONE.COM | Sep 29 2021 00:23:00 | Capital One Bank USA, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23617564 | + | EDI: CITICORP.COM | Sep 29 2021 00:23:00 | Citicards/CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 23617565 | + | EDI: WFNNB.COM | Sep 29 2021 00:23:00 | Comenity Capital/BJ's Wholesale, PO Box 182120, Columbus, OH 43218-2120 |
| 23617567 | | EDI: DISCOVER.COM | Sep 29 2021 00:23:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 23617568 | + | EDI: DISCOVERPL | Sep 29 2021 00:23:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 23617569 | | EDI: JPMORGANCHASE | Sep 29 2021 00:23:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 23617570 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2021 20:31:03 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 23617571 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2021 20:31:07 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 23617572 | | EDI: MID8.COM | Sep 29 2021 00:23:00 | Midland Funding, LLC, 2365 Northside Dr # 300, San Diego, CA 92108-2709 |
| 23617573 | | EDI: PRA.COM | | |

| District/off: 113E-6 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: 309a | Total Noticed: 23 |

| | | Sep 29 2021 00:23:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
|---|---|---|---|
| 23617574 | + Email/Text: newbk@Regions.com | Sep 28 2021 20:22:00 | Regions Bank Credit Card, 2050 Parkway Official BH40402B, Hoover, AL 35244-1805 |
| 23617575 | EDI: CITICORP.COM | Sep 29 2021 00:23:00 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 23617576 | + EDI: CITICORP.COM | Sep 29 2021 00:23:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 23617577 | EDI: VERIZONCOMB.COM | Sep 29 2021 00:23:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2021    Signature:    /s/Joseph Speetjens