UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Rome Division

In Re: Debtor(s)
**Timothy Gerald Campbell**
108 Stone Haven Dr
Calhoun, GA 30701−2054

xxx−xx−3362

**Donna Lynn Campbell**
108 Stone Haven Dr
Calhoun, GA 30701−2054

xxx−xx−5816

Case No.: **21−41176−pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**12/16/21** at **03:00 PM**
**Meeting will be telephonic. To attend, Dial: 877−928−9915 and enter: 6981387, when prompted for participation code.**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors , the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated:   November 23, 2021

M. Regina Thomas
Clerk of Court

Form 424

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 21-41176-pwb |
| Timothy Gerald Campbell | Chapter 7 |
| Donna Lynn Campbell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-6 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: 424 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | | Timothy Gerald Campbell, Donna Lynn Campbell, 108 Stone Haven Dr, Calhoun, GA 30701-2054 |
| 23617559 | + | Advent Health Gordon, 1035 Red Bud Rd NE, Calhoun, GA 30701-6011 |
| 23617560 | + | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 23617561 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 23617566 | | Credit Resource Management, PO Box 23000, Southgate, MI 48195 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23617561 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 23 2021 20:14:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 23617563 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 23 2021 20:14:00 | CCS Collections, 725 Canton St, Norwood, MA 02062-2679 |
| 23617562 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 20:13:59 | Capital One Bank USA, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 23617564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 20:30:49 | Citicards/CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 23617565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 20:14:00 | Comenity Capital/BJ's Wholesale, PO Box 182120, Columbus, OH 43218-2120 |
| 23617567 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 20:14:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 23617568 | + | Email/Text: dplbk@discover.com | Nov 23 2021 20:14:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 23617569 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 23 2021 20:13:42 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 23617570 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 20:13:44 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 23617571 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2021 20:13:52 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 23617572 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 20:14:00 | Midland Funding, LLC, 2365 Northside Dr # 300, San Diego, CA 92108-2709 |
| 23617573 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 20:13:43 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 23617574 | + | Email/Text: newbk@Regions.com | Nov 23 2021 20:14:00 | Regions Bank Credit Card, 2050 Parkway Official BH40402B, Hoover, AL 35244-1805 |
| 23617575 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 20:13:55 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |

| District/off: 113E-6 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 424 | Total Noticed: 20 |

| | | | | |
|---|---|---|---|---|
| 23617576 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | | |
| | | | Nov 23 2021 20:30:49 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 23617577 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | | |
| | | | Nov 23 2021 20:14:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dan Saeger | |
| | on behalf of Joint Debtor Donna Lynn Campbell dan@whitfieldcountylaw.com  G64511@notify.cincompass.com |
| Dan Saeger | |
| | on behalf of Debtor Timothy Gerald Campbell dan@whitfieldcountylaw.com  G64511@notify.cincompass.com |
| Office of the United States Trustee | |
| | ustpregion21.at.ecf@usdoj.gov |
| Thomas D. Richardson | |
| | trichardson@brinson-askew.com  tdr@trustesolutions.net;Tdr82454@gmail.com;ctdr11@trustesolutions.net |

TOTAL: 4